**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6591**

───────────

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

    versus

YOLANDA VIOLA BURGESS,

                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-00-162-A)

───────────

Submitted:  May 29, 2003          Decided:  June 6, 2003

───────────

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Yolanda Viola Burgess, Appellant Pro Se.  Kimberly A. Riley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yolanda Viola Burgess appeals the district court's order denying her motion to modify her sentence pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Burgess</u>, No. CR-00-162-A (E.D. Va. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>